UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

January 2016 Grand Jury

| UNITED STATES OF AMERICA, | ED CR No. CR 16 00018 JGB |
|---|---|
| Plaintiff, | **I N D I C T M E N T** |
| v. | [8 U.S.C. §§ 1326(a), (b)(2): Illegal Alien Found in the United States Following Deportation] |
| IVAN DEJESUS CARDONA-CASTENADA, | |
| Defendant. | |

The Grand Jury charges:

[8 U.S.C. §§ 1326(a), (b)(2)]

On or about March 1, 2012, defendant IVAN DEJESUS CARDONA-CASTENADA, an alien, who had been officially deported and removed from the United States on or about August 26, 2005, and September 1, 2005, was found in Riverside County, within the Central District of California, after knowingly and voluntarily re-entering and remaining in the United States without having obtained permission from the Attorney General or his designated successor, the Secretary for Homeland Security, to reapply for admission to the United States following deportation and removal.

1  ~~At least one of defendant's previously alleged deportations~~
2  and removals from the United States occurred subsequent to
3  defendant's conviction for the following aggravated felony:
4  Possession With Intent to Distribute Marijuana, in violation of
5  Title 21, United States Code, Sections 841(a)(1), (b)(1)(C), on
6  or about September 16, 2004, in the United States District Court
7  for the Western District of Pennsylvania, Case No. CR03-217-006,
8  a drug trafficking offense for which the sentence imposed
9  exceeded thirteen months.

A TRUE BILL

/S/
_____
Foreperson

EILEEN M. DECKER
United States Attorney

*Scott Garringer*
Deputy Chief, Criminal Division FOR:

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

KEVIN M. LALLY
Assistant United States Attorney
Chief, Organized Crime Drug Enforcement
    Task Force Section

BENJAMIN R. BARRON
Assistant United States Attorney
Deputy Chief, Organized Crime Drug
    Enforcement Task Force Section

DAFFODIL TYMINSKI
Assistant United States Attorney
Organized Crime Drug Enforcement
    Task Force Section