*Stephanie*

FILED
2016 MAR -7  AM 10: 07
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE
BY _____

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA  PLAINTIFF<br>V.<br>Ivan Cardona  DEFENDANT | CASE NUMBER: ED CR 16-00018 JGB<br><br>REPORT COMMENCING CRIMINAL ACTION |
|---|---|

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: **3/4/2016  1200**   ☐ AM  ☒ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:  ☐ Yes  ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):  ☒ Yes  ☐ No

4. Charges under which defendant has been booked:
   **8 USC 1326**

5. Offense charged is a:  ☒ Felony  ☐ Minor Offense  ☐ Petty Offense  ☐ Other Misdemeanor

6. Interpreter Required:  ☐ No  ☒ Yes  Language: ~~Spanish~~ **Not Needed per attorney**

7. Year of Birth: **1983**

8. Defendant has retained counsel:  ☒ No
   ☐ Yes  Name: _____  Phone Number: _____

9. Name of Pretrial Services Officer notified: _____

10. Remarks (if any): _____

11. Name: **Shane Van Gundy**  (please print)

12. Office Phone Number: **909 376-7780**

13. Agency: **HSI**

14. Signature: *[signature]*

15. Date: **3/7/2016**

CR-64 (2/14)   REPORT COMMENCING CRIMINAL ACTION