UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES - ARRAIGNMENT

Case Number: 5:16-CR-00018     Recorder: CS 03/07/2016     Date: 03/07/2016

Present: The Honorable Sheri Pym, U.S. Magistrate Judge

Court Clerk: Kimberly Carter          Assistant U.S. Attorney: Abigail Evans

| United States of America v. | Attorney Present for Defendant(s) | Language | Interpreter |
|---|---|---|---|
| IVAN DEJESUS CARDONA-CASTENADA<br>    Custody | David Arredondo<br>Retained | | |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE .**

Defendant is arraigned and states true name is as charged.

Defendant is given a copy of the Indictment.

Defendant acknowledges receipt of a copy and waives reading thereof.

Defendant pleads not guilty to all counts in the Indictment, The Court enters a plea of not guilty on behalf of the defendant to all counts in the Indictment.

This case is assigned to the calendar of District Judge Jesus G. Bernal.
It is ordered that the following date(s) and time(s) are set:
   Jury Trial 5/3/2016 at 9:00 AM
   Status Conference 04/18/16 at 2:00 PM
   Motion Hearing 04/18/16 at 2:00 PM
   Defendant and counsel are ordered to appear before said judge at the time and date indicated.

Trial estimate: 2-3 days.

PIA: 00 : 05
Initials of Deputy Clerk: kc

cc: Statistics Clerk, PSALA PSAED, USMED

---

CR-85 (09/12)                 CRIMINAL MINUTES - ARRAIGNMENT                 Page 1 of 1