ORIGINAL

1  EILEEN M. DECKER
   United States Attorney
2  JOSEPH B. WIDMAN
   Assistant United States Attorney
3  Chief, Riverside Branch Office
   ABIGAIL EVANS   (State Bar No. 249629)
4  Assistant United States Attorney
   3403 Tenth Street, Suite 200
5  Riverside, California 92501
   Telephone:   (951) 276-6086
6  Facsimile:   (951) 276-6237
   Email: Abigail.W.Evans@usadoj.gov
7  Attorneys for Plaintiff
   United States of America
8

FILED
CLERK, U.S. DISTRICT COURT
MAR - 7
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION          BY DEPUTY

9

10                  UNITED STATES DISTRICT COURT

11            FOR THE CENTRAL DISTRICT OF CALIFORNIA

12                        EASTERN DIVISION

13  UNITED STATES OF AMERICA,        )  EDCR-16-0018-JGB
                                     )
14              Plaintiff,           )  NOTICE OF REQUEST
                                     )  FOR DETENTION
15                                   )
    IVAN DEJESUS CARDONA-CASTENADA,  )
16                                   )
                Defendant.           )
17                                   )
                                     )
18  _____)

19

20      Plaintiff, United States of America, by and through its

21  counsel of record, hereby requests detention of defendant and

22  gives notice of the following material factors:

23  _____  1.   Temporary 10-day Detention Requested (§ 3142(d))

24          on the following grounds:

25          _____  a.  offense committed while defendant was on

26                 release pending (felony trial), (sentencing)

27                 (appeal) or on (probation) (parole);

28

1

_____ b.  alien not lawfully admitted for permanent
          residence;

_____ c.  flight risk;

_____ d.  danger to community.

X  2.  <u>Pretrial Detention Requested (§ 3142(e)) because
        no condition or combination of conditions will
        reasonably assure against</u>:

   X  a.  danger to any other person or the community;

   X  b.  flight.

_____  3.  <u>Detention Requested Pending Supervised
           Release/Probation Revocation Hearing (Rules
           32.1(a)(6), 46(d), and 18 U.S.C. § 3143(a))</u>:

_____ a.  Defendant cannot establish by clear and
          convincing evidence that he/she will not pose
          a danger to any other person or to the
          community;

_____ b.  Defendant cannot establish by clear and
          convincing evidence that he/she will not
          flee.

_____  4.  <u>Presumptions Applicable to Pretrial Detention
           (18 U.S.C. § 3142(e))</u>:

_____ a.  Title 21 or Maritime Drug Law Enforcement Act
          ("MDLEA") (46 U.S.C. App. 1901 et seq.)
          offense with 10-year or greater maximum
          penalty (presumption of danger to community
          and flight risk);

b. offense under 18 U.S.C. § 924(c) (firearm
used/carried/possessed during/in relation
to/in furtherance of crime), § 956(a), or §
2332b (presumption of danger to community and
flight risk);

c. offense involving a minor victim under 18
U.S.C. §§ 1201, 1591, 2241, 2242, 2244(a)(1),
2245, 2251, 2251A, 2252(a)(1)-(a)(3),
2252A(a)(1)-2252A(a)(4), 2260, 2421, 2422,
2423 or 2425 (presumption of danger to
community and flight risk);

d. defendant currently charged with (I) crime of
violence, (II) offense with maximum sentence
of life imprisonment or death, (III) Title 21
or MDLEA offense with 10-year or greater
maximum sentence, or (IV) any felony if
defendant previously convicted of two or more
offenses described in I, II, or III, or two
or more state or local offenses that would
qualify under I, II, or III if federal
jurisdiction were present, or a combination
of such offenses, AND defendant was
previously convicted of a crime listed in I,
II, or III committed while on release pending
trial, AND the current offense was committed
within five years of conviction or release
from prison on the above-described previous

1  conviction (presumption of danger to

2  community).

3  ☒  5.  Government Is Entitled to Detention Hearing

4  Under § 3142(f) If the Case Involves:

5  ____  a.  a crime of violence (as defined in 18 U.S.C.

6  § 3156(a)(4)) or Federal crime of terrorism

7  (as defined in 18 U.S.C. § 2332b(g)(5)(B))

8  for which maximum sentence is 10 years'

9  imprisonment or more;

10  ____  b.  an offense for which maximum sentence is life

11  imprisonment or death;

12  ____  c.  Title 21 or MDLEA offense for which maximum

13  sentence is 10 years' imprisonment or more;

14  ____  d.  instant offense is a felony and defendant has

15  two or more convictions for a crime set forth

16  in a-c above or for an offense under state or

17  local law that would qualify under a, b, or c

18  if federal jurisdiction were present, or a

19  combination or such offenses;

20  ____  e.  any felony not otherwise a crime of violence

21  that involves a minor victim or the

22  possession or use of a firearm or destructive

23  device (as defined in 18 U.S.C. § 921), or

24  any other dangerous weapon, or involves a

25  failure to register under 18 U.S.C. § 2250;

26  ☒  f.  serious risk defendant will flee;

27

28

4

1        _____   g.   serious risk defendant will (obstruct or

2                  attempt to obstruct justice) or (threaten,

3                  injure, or intimidate prospective witness or

4                  juror, or attempt to do so).

5    _____   6.    Government requests continuance of _____ days

6            for detention hearing under § 3142(f) and based

7            upon the following reason(s):

8      _____

9      _____

10     _____

11    _____   7.    Good cause for continuance in excess of three

12            days exists in that:

13     _____

14     _____

15     _____

16

17   DATED: March 7, 2016      Respectfully submitted,

18

19                     EILEEN M. DECKER
                    United States Attorney

20

21                     JOSEPH B. WIDMAN
                    Assistant United States Attorney

22                     Chief, Riverside Branch
                    Office

23

24         _____
                    ABIGAIL W. EVANS

25                     Assistant United States Attorney
                    Attorneys for Plaintiff

26                     UNITED STATES OF AMERICA

27

28