# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - CHANGE OF PLEA

Case No.: **EDCR16-18-JGB**  Date: **July 18, 2016**

Present: The Honorable **JESUS G. BERNAL**, ☑ District Judge / ☐ Magistrate Judge

| Maynor Galvez | Adele C. Frazier | n/a | Daffodil Tyminski |
|---|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Interpreter* | *Assistant U.S. Attorney* |

**USA v. DEFENDANT(S) PRESENT**

IVAN DEJESUS CARDONA-CASTANEDA
☑ Custody ☐ Bond ☐ O/R

**ATTORNEYS PRESENT FOR DEFENDANTS**

David Arredondo
☐ Appointed ☑ Retained

**PROCEEDINGS:** CHANGE OF PLEA

☑ Defendant moves to change plea to the Indictment.
☑ Defendant now enters a new and different plea of Guilty to Count(s) **ONE** of the Indictment.
☑ The Court questions the defendant regarding plea of Guilty and finds it knowledgeable and voluntary and orders the plea accepted and entered
☑ The Court refers the defendant to the Probation Office for investigation and report and continues the matter to **OCTOBER 17, 2016, AT 2:00 P.M.** for sentencing.
☑ The Court vacates the court and/or jury trial date.
☐ The pretrial conference set for _____ is off calendar as to defendant _____.
☐ Court orders:

☐ Other:

: **22**

Initials of Deputy Clerk **MG**

cc: *Probation Office*

CR-08 (09/09)                **CRIMINAL MINUTES - CHANGE OF PLEA**