# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | | |
|---|---|---|
| Case No. | EDCR16-18-JGB | Date: October 17, 2016 |
| Present: The Honorable | JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE | |
| Interpreter | N/A | |

| Maynor Galvez | Adele C. Frazier | J. Mark Childs |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder, Tape No. | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| IVAN DEJESUS CARDONA-CASTANEDA | X | X | | David Arredondo | X | | X |

**Proceedings:** SENTENCING HEARING

The Court was informed in court that defendant filed a late sentencing position paper.  The Court has not reviewed the sentencing position paper, therefore, the sentencing hearing is continued to November 14, 2016, at 2:00 p.m.

IT IS SO ORDERED.

cc:   USPO
      PSA

|  | 00 | : | 2 |
|---|---|---|---|
| Initials of Deputy Clerk | | | MG |